# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-five.

Before:  Gerard E. Lynch,
     Beth Robinson,
     Alison J. Nathan,
      *Circuit Judges*.

_____

Hamilton Reserve Bank Ltd.,

  Plaintiff - Appellee,

Jesse Guzman, Ultimate Concrete, LLC, Intercoastal Finance Ltd.,

  Intervenors - Appellants,

 v.

The Democratic Socialist Republic of Sri Lanka,

  Defendant.
_____

**JUDGMENT**

Docket No. 24-1459

  The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

